1

2

3

4                           UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6                                      * * *

7   UNITED STATES OF AMERICA,                      Case No. 2:16-mj-00547

8                            Plaintiff,                 ORDER

9          v.

10  BRANDON SCOTT DAWSON,

                             Defendant.
11

12          A warrant for arrest (ECF No. 20) was issued for Defendant Brandon Scott Dawson on

13  September 2, 2016.  The Defendant having complied with the orders of this court,

14          **IT IS ORDERED** that the warrant (ECF No. 20) issued for Defendant Brandon Scott

15  Dawson shall be **QUASHED**, and the clerk of court shall send a copy of this order to the U.S.

16  Marshal's Office.

17          DATED this 8th day of September, 2016.

18

19                                             _____
20                                             PEGGY A. LEEN
                                               UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

                                              1