RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ERIN GETTEL
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Erin_Gettel@fd.org

Attorney for Brandon Dawson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-547-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| BRANDON DAWSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Erin Gettel, Assistant Federal Public Defender, counsel for Brandon Dawson, that the Revocation Hearing currently scheduled on October 24, 2017 at the hour of 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fifteen (15) days.

This Stipulation is entered into for the following reasons:

1. The parties have entered into negotiations and additional time is needed to reach a resolution and to prepare for the hearing if a resolution cannot be reached.

2. The defendant is in not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of October, 2017.

| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
|---|---|
| */s/ Erin Gettel*<br>By_____<br>ERIN GETTEL<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON DAWSON,

    Defendant.

Case No. 2:16-mj-547-PAL

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, October 24, 2017 at 9:30 a.m., be vacated and continued to November 9, 2017, at the hour of 9:30 a.m.

DATED this 23rd day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE